PHILIP A. TALBERT
Acting United States Attorney
CHRISTOPHER HARRIS
Regional Chief Counsel, Region VI
Social Security Administration
KENDALL REES WA bar #20030
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: 214.767.3757
    E-Mail: Kendall.Rees@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEALENA MAXWELL,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:21-cv-00680-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. In doing so, the ALJ will offer Plaintiff the opportunity for a new hearing, take further action as necessary to complete the administrative record, and issue a new decision.

Stip. to Remand; 2:21-cv-00680-DMC

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 5th day of November 2021.

Dated:  November 8, 2021       */s/ Jacqueline Anna Forslund*
                               Jacqueline Anna Forslund
                               Attorney for Plaintiff
                               *Authorized via e-mail on November 6, 2021

Dated:  November 8, 2021       PHILIP A. TALBERT
                               Acting United States Attorney
                               CHRISTOPHER HARRIS
                               Regional Chief Counsel, Region VI
                               Social Security Administration

                        By:    /s/ Kendall Rees
                               KENDALL REES
                               Special Assistant United States Attorney

                               Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

**Dated:  November 19, 2021**

                               _____
                               DENNIS M. COTA
                               UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00680-DMC