FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEALENA MAXWELL, | Case No.  2:21-CV-00680-DMC |
| Plaintiff | **STIPULATION AND ORDER FOR AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920 AND 2412(d).** |
| v. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of ONE THOUSAND EIGHTY-SEVEN dollars and SEVENTY cents ($1,087.70) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($402.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

   After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

**Maxwell v. Kijakazi**            **Stipulation and Proposed Order**        **E.D. Cal. 2:21-cv-00680-DMC**

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  February 13, 2022  
JACQUELINE A. FORSLUND  
Attorney at Law

*/s/Jacqueline A. Forslund*  
JACQUELINE A. FORSLUND  
Attorney for Plaintiff

Date:  February 13, 2022  
PHILLIP A. TALBERT  
Acting United States Attorney  
CHRISTOPHER HARRIS  
Regional Chief Counsel, Region VI  
Social Security Administration

*/s/Kendall Rees*  
KENDALL REES  
Special Assistant United States Attorney  
*By email authorization  
Attorney for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  February 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**Maxwell v. Kijakazi**          Stipulation and Proposed Order     E.D. Cal. 2:21-cv-00680-DMC